```
 1  Tiffany Rystrom, No. 079181
    CARROLL, BURDICK & McDONOUGH LLP
 2  Attorneys at Law
    44 Montgomery Street, Suite 400
 3  San Francisco, CA 94104
    Telephone:  415.989.5900
 4  Facsimile:  415.989.0932
    Email:      trystrom@cbmlaw.com
 5
    Attorneys for Defendant
 6
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALCE, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUCKY CHANCES, INC., a<br>California corporation,<br><br>　　　　　Defendant. | CASE NO. C 07 1090 (JSW)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD**<br><br>Complaint Filed: February 22, 2007 |

TO ALL PARTIES AND TO THE COURT:

　　　PLEASE TAKE NOTICE THAT Tiffany Rystrom hereby withdraws as attorney of record for Defendant LUCKY CHANCES, INC.

### CONSENT

I consent to this withdrawal on behalf of LUCKY CHANCES, INC.

Dated: Feb. 13, 2007　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Robert Reyes
　　　　　　　　　　　　　　　　　　President, Lucky Chances, Inc.

CBM-SF\ST367668.1

NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

CONSENT

I consent to this withdrawal on behalf of CARROLL, BURDICK & McDONOUGH, LLP.

Dated: 8/13/07       By: _____
                          Tiffany Rystrom

ORDER

IT IS SO ORDERD:

Dated: August 14, 2007    By: _____
                              Jeffrey S. White
                              U.S.D.C. Judge

*Wilfredo Balce v. Lucky Chances, Inc., et al.*
U.S.D.C. Northern District Case No. C 07 1090 (JSW)

### PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare: that I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and am not a party to the action; and I am employed in the County of San Francisco, CA. My business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104.

On the date executed below, I electronically served the document(s) via United States Northern District Court Electronic Case Filing described as:

### NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

on the parties electronically on the United States Northern District Court Electronic Case Filing website on the parties listed below:

| | |
|---|---|
| Mark C. Thomas, Esq.<br>Brownstein Thomas, LLP<br>220 Montgomery Street, Suite 876<br>San Francisco, CA 94104<br>Tel: 415-951-4878<br>Fax: 415-951-7558 | Attorney for Plaintiff |
| Charles J. Smith<br>Hartnett, Smith & Associates<br>777 Marshall Street<br>Redwood City, CA 94063<br>Tel: 650-568-2820<br>Fax: 650-568-2823 | Attorney for Defendant |

I declare under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct, and was executed on August 13, 2007, at San Francisco, California.

_____
Kelley Stafford

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF367721.1

PROOF OF SERVICE