Charles J. Smith, No. 72700
HARTNETT, SMITH & ASSOCIATES
777 Marshall Street
Redwood City, CA 94063
Tel: (650) 568-2825
Fax: (650) 568-2823
Email: cjsmith@hsalawoffice.com

Mary E. Wright, No. 142886
CARROLL, BURDICK & McDONOUGH LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 989-5900
Fax: (415) 989-0932
Email: mwright@cbmlaw.com

Attorneys for Defendant
LUCKY CHANCES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALCE, an individual | Case No. C 07 1090 (JSW) |
| Plaintiff, | [PROPOSED] ORDER APPROVING REQUEST FOR ASSOCIATION OF COUNSEL |
| vs. | |
| LUCKY CHANCES, INC., a California Corporation | |
| Defendant. | |

The court, having been requested by defendant and its counsel to approve the association of CAMERLENGO & JOHNSON, 500 Airport Blvd., Suite 350, Burlingame, CA 94010, Tel: (650) 579-2911, Fax: (650) 579-7975, Email: candjlaw@ix.netcom.com, as counsel for defendant in this matter, does hereby approve said association.

-1-
[PROPOSED] ORDER APPROVING ASSOCIATION OF COUNSEL          CASE NO.: C 07 1090 (JSW)

1  IT IS SO ORDERED.
2
3  Dated: January 16, 2008          By: _____
4                                   Honorable Jeffrey S. White, Judge
                                    of the U.S. District Court – Northern Division