IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALCE, | |
|     Plaintiff, | No. C 07-01090 JSW |
| v. | |
| LUCKY CHANCES, INC, | **ORDER RE MOTIONS FOR SUMMARY JUDGMENT** |
|     Defendant. | |

At the case management conference held on June 15, 2008, the Court directed the parties to meet and confer regarding their intentions to file motions for summary judgment. The Court set different briefing schedules and hearing dates depending on whether the only one party or both parties intended to file motions for summary judgment. The briefing schedule for cross-motions permitted the parties to file four briefs: (1) an opening brief; (2) an opposition and cross-motion; (3) a reply and opposition; and (4) a reply brief. On January 4, 2008, defendant Lucky Chances, Inc. filed a motion for summary judgment and noticed it to be heard on February 8, 2008. On January 18, 2008, plaintiff Wilfredo Balce filed an opposition and cross-motion for summary judgment and noticed it to be heard on February 29, 2008. On January 25, 2008, Lucky Chances filed a reply without opposing Balce's cross-motion in the same brief, in violation of the Court's order regarding the briefing schedule for cross-motions. It appears as though the parties failed to meet and confer, in violation of the Court's order. The parties are advised that any further violations of this Court's orders will be sanctioned.

The Court HEREBY DIRECTS Lucky Chances to show good cause in writing by no later than January 31, 2008, why it failed to oppose Balce's cross-motion in the same brief as its reply.

The Court will hear both Lucky Chances's motion for summary judgment and Balce's cross-motion for summary judgment on February 29, 2008.

**IT IS SO ORDERED.**

Dated: January 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE