IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILFREDO BALCE,

    Plaintiff,

v.

LUCKY CHANCES, INC,

    Defendant.

No. C 07-01090 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received defendant Lucky Chances, Inc.'s ("LCI") response to the Order to Show Cause issued on January 28, 2008. Having considered this submission, the Order to Show Cause is hereby DISCHARGED. However, the Court reiterates that any further violations of this Court's orders will be sanctioned.

The Court hereby STRIKES LCI's reply filed on January 25, 2008. By no later than February 5, 2008, LCI shall file its reply and opposition to the cross-motion in one brief. Plaintiff Wilfredo Balce shall file his reply by no later than February 14, 2008. The hearing on both motions for summary judgment shall remain on February 29, 2008.

**IT IS SO ORDERED.**

Dated: January 30, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE