1  Charles J. Smith, State Bar No. 72700
   HARTNETT, SMITH & ASSOCIATES
2  777 Marshall Street
3  Redwood City, CA 94063
   Tel:   (650) 568-2825
4  Fax:   (650) 568-2823
   Email: cjsmith@hslawoffice.com
5  Attorneys for Defendant
   LUCKY CHANCES, INC.
6

7  C. Judith Johnson, State Bar No. 104557
   George F. Camerlengo, State Bar No. 50232
8  Jennifer M. Sike, State Bar No. 225070
   CAMERLENGO & JOHNSON
9  500 Airport Blvd., Suite 350
   Burlingame, CA  94010
10 Tel:   (650) 579-2911
   Fax:   (650) 579-7975
11 Email: candjlaw@ix.netcom.com
   Attorneys for Defendant
12 LUCKY CHANCES, INC.

13 Mark C. Thomas, State Bar No. 215580
   BROWNSTEIN THOMAS, LLP
14 220 Montgomery St., Suite 876
15 San Francisco, CA 94104
   Tel:   (415) 951-4878
16 Fax:   (415) 951-4885
   Email: mark@brownsteinthomas.com
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| WILFREDO BALCE, an individual | Case No. C 07 1090 (JSW) |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING TRIAL AND PRETRIAL** |
| vs. | Date of Hearing: February 29, 2008 |
| LUCKY CHANCES, INC., a California Corporation | Court:    Judge Jeffrey S. White |
| Defendant. | Trial Date:    May 19, 2008<br>Complaint Filed:  Feb. 22, 2007 |

28

---

-1-

STIPULATION AND ORDER CONTINUING TRIAL AND PRETRIAL         CASE NO.:  C 07 1090 (JSW)

The parties to this action, through their respective counsel, stipulate and agree to continue the trial date in this matter to August 4, 2008 and to vacate the pretrial conference currently set for ~~April 28,~~ May 5, 2008, the new date for the pretrial conference to be designated by the court.

The reason for the stipulation to continue is lead counsel for defendant, Charles J. Smith,'s defense of a trial now in session in San Francisco Superior Court: *People v. Cuervas*, Case No. SCN 2184761 and *People v. Skifich*, Case No. SCN 2184919. The trial date for this combined case was set prior to the date setting trial in *Balce v. Lucky Chances, Inc.* However, the trial earlier was anticipated to conclude in advance of the beginning of the *Balce* case. Now, the estimated conclusion of *People v. Cuervas* and *People v. Skifich* is May 30, 2008.

The parties in *Balce* are not available until August 4, 2008 because of other pre-existing trials and conflicting schedules. Mark Thomas, lead counsel for plaintiff in *Balce* is set for a two to three week trial in San Francisco Superior Court beginning June 2, 2008: *Mira v. City and County of San Francisco*, Case No. 454-960. Lead counsel for defendant, C. Judith Johnson, is set for a three week trial in San Mateo Superior Court beginning June 23, 2008: *Fair v. Old Port Lobster, Inc.*, Case No. CIV 460438. Following this trial, Mark Thomas has a scheduled vacation ending July 18, 2008. The court is not in session July 28 through August 1, 2008.

Dated: April 14, 2008              CAMERLENGO & JOHNSON


                                   By _____/S/_____
                                         C. Judith Johnson
                                   Attorneys for Defendant LUCKY CHANCES, INC.

Dated: April 14, 2008    HARTNETT, SMITH & ASSOCIATES

By _____/S/_____
Charles J. Smith
Attorneys for Defendant LUCKY CHANCES, INC.

Dated: April 14, 2008    BROWNSTEIN THOMAS, LLP

By _____/S/_____
Mark C. Thomas
Attorneys for Plaintiff WILFREDO BALCE

~~IT IS SO ORDERED.~~ The trial date is continued to August ~~4~~ 25, 2008. The pretrial set for ~~April 28~~ May 5, 2008 is vacated. The pretrial shall take place on ___July 21___, 2008 at 2 p.m. The parties are directed to submit revised proposed jury instructions in compliance with the Court's Standing Order by no later than June 30, 2008. The parties shall not submit any additional pretrial submissions without leave of Court upon a showing of good cause.

IT IS SO ORDERED.

Dated: April 15, 2008

_____/s/ Jeffrey S. White_____
The Honorable Jeffrey S. White
Judge of the United States District Court for the
Northern District of California

---

STIPULATION AND ORDER CONTINUING TRIAL AND PRETRIAL    -3-    CASE NO.: C 07 1090 (JSW)