RECEIVED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Charles J. Smith, No. 72700
   HARTNETT, SMITH & ASSOCIATES
2  777 Marshall Street
   Redwood City, CA 94063
3  Tel:  (650) 568-2825
4  Fax:  (650) 568-2823
   Email: cjsmith@hslawoffice.com
5
   C. Judith Johnson, State Bar No. 104557
6  George F. Camerlengo, State Bar No. 50232
   Jennifer M. Sike, State Bar No. 225070
7  CAMERLENGO & JOHNSON
   500 Airport Blvd., Suite 350
8  Burlingame, CA 94010
   Tel:  (650) 579-2911
9  Fax:  (650) 579-7975
   Email: candjlaw@ix.netcom.com
10
   Mary E. Wright, No. 142886
11 CARROLL, BURDICK & McDONOUGH LLP
   Attorneys at Law
12 44 Montgomery Street, Suite 400
   San Francisco, CA 94104
13 Tel:  (415) 989-5900
   Fax:  (415) 989-0932
14 Email: mwright@cbmlaw.com

15

16 Attorneys for Defendant LUCKY CHANCES, INC.

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| WILFREDO BALCE, an individual | Case No. C 07 1090 (JSW) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD** |
| vs. | |
| LUCKY CHANCES, INC., a California Corporation | Complaint File: February 22, 2007 |
| Defendant. | |

28  //

-1-

NOTICE OF WITHDRAWAL                                      CASE NO.: C 07 1090 (JSW)

TO ALL PARTIES AND TO THE COURT:

PLEASE TAKE NOTICE THAT Mary E. Wright of CARROLL, BURDICK & McDONOUGH LLP, hereby withdraws as attorney of record for Defendant Lucky Chances, Inc. Lead Counsel for Defendant Lucky Chances, Inc. is Charles J. Smith, of HARTNETT, SMITH & ASSOCIATES and C. Judith Johnson of CAMERLENGO & JOHNSON.

CONSENT

I consent to the above on behalf of defendant Lucky Chances, Inc.

Dated: April 9, 2008                                LUCKY CHANCES, INC.

                                                    By: _____
                                                        Ruell Medina, Vice Chairman

I consent to the above on behalf of CARROLL, BURDICK & McDONOUGH LLP.

Dated: April 10, 2008                               By: _____
                                                        Mary E. Wright, attorney

I consent to the above on behalf of HARTNETT, SMITH & ASSOCIATES

Dated: April 9, 2008                                By: _____/S/_____
                                                        Charles J. Smith, attorney

I consent to the above on behalf of CAMERLENGO & JOHNSON

Dated: April 9, 2008                                By: _____
                                                        C. Judith Johnson, attorney

ORDER

IT IS SO ORDERED:

Dated: April 22, 2008                               By: _____
                                                        Jeffrey S. White
                                                        U.S.D.C. Judge

-2-

NOTICE OF WITHDRAWAL                                                CASE NO.: C 07 1090 (JSW)