Charles J. Smith, State Bar No. 72700
HARTNETT, SMITH & ASSOCIATES
777 Marshall Street
Redwood City, CA 94063
Tel:  (650) 568-2825
Fax:  (650) 568-2823
Email: cjsmith@hslawoffice.com
Attorneys for Defendant
LUCKY CHANCES, INC.

C. Judith Johnson, State Bar No. 104557
George F. Camerlengo, State Bar No. 50232
Jennifer M. Sike, State Bar No. 225070
CAMERLENGO & JOHNSON
500 Airport Blvd., Suite 350
Burlingame, CA 94010
Tel:  (650) 579-2911
Fax:  (650) 579-7975
Email: candjlaw@ix.netcom.com
Attorneys for Defendant
LUCKY CHANCES, INC.

BROWNSTEIN THOMAS, LLP
MARK C. THOMAS SBN: 215580
220 Montgomery Street, Suite 876
San Francisco, CA 94104
415-951-4878 direct
415-951-4885 facsimile
Attorneys for Plaintiff
WILFREDO BALCE

**FILED**
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUCKY CHANCES, INC., a California Corporation,<br><br>Defendant. | Case No.: C 07 1090 (JSW)<br><br>**PARTIES JOINT STIPULATION AND REQUEST FOR ORDER RE MOTIONS IN LIMINE**<br><br>Complaint filed:  02/22/2007<br>Pretrial Conference: 07/21/2008<br>Trial:  08/25/2008<br>Judge: Honorable Jeffrey S. White<br>Courtroom: 2 |

///

PARTIES JOINT REQUEST AND STIPULATION
RE MOTIONS IN LIMINE                                                  1
                                                                Case No.: C 07 1090 (JSW)

Pursuant to Judge White's pretrial order dated April 15, 2008, the parties request leave of court to submit no more than five motions in limine per side based upon the following stipulations:

(1) The parties have met and conferred and have agreed to certain factual and evidentiary stipulations, as set forth below, but other evidentiary issues remain unresolved;

(2) No later than July 7, 2008, the parties will file their motions in limine and any opposition thereto. The parties will comply the timing and format requirements as set forth in Judge White's "Guidelines For Trial And Final Pretrial Conference In Civil Jury Cases," Guideline 1 (c) (p. 3).

(3) Both parties believe good cause exists for this request in that the court's pretrial rulings on not more than five motions in limine per side will likely result in a more orderly presentation of evidence, a shorter trial, and help minimize the risk of inadmissible or prejudicial matters being presented to the jury;

(4) The parties stipulate as follows:

   a. Neither side shall mention or elicit evidence about defendant's "wealth", i.e. gross or net revenues, profits or similar evidence of defendant's financial condition.

   b. Neither side shall mention or elicit evidence of the presence or absence of any type of liability insurance indemnifying defendant or its owners for any potential recovery by plaintiff. (Defendant represents to the court and counsel that there is no such insurance).

   c. Neither side shall mention or elicit evidence of any non felony criminal convictions or convictions that do not involve dishonesty or false statements of any of the parties, any witnesses called to testify, or defendant's owners.

PARTIES JOINT REQUEST AND STIPULATION                2
RE MOTIONS IN LIMINE                                         Case No.: C 07 1090 (JSW)

d. Neither side shall mention or elicit evidence of settlement negotiations offers or rejections.

e. Neither side shall mention or elicit evidence of any other lawsuits or administrative proceedings involving either plaintiff or defendant or any of defendant's owners.

Date: June 19, 2008                     CAMERLENGO & JOHNSON


By _____/S/_____
C. Judith Johnson
Attorneys for Defendant LUCKY CHANCES, INC.

Date: June 23, 2008                     BROWNSTEIN THOMAS, LLP


By _____/S/_____
Mark C. Thomas
Attorney for PLAINTIFF WILDREDO BALCE

**IT IS SO ORDERED.**

Date: June 24, 2008                     _____
JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

PARTIES JOINT REQUEST AND STIPULATION                3
RE MOTIONS IN LIMINE                                              Case No.: C 07 1090 (JSW)