```
 1  Charles J. Smith, State Bar No. 72700
    HARTNETT, SMITH & ASSOCIATES
 2  777 Marshall Street
 3  Redwood City, CA 94063
    Tel:   (650) 568-2825
 4  Fax:   (650) 568-2823
    Email: cjsmith@hslawoffice.com
 5  Attorneys for Defendant
    LUCKY CHANCES, INC.
 6

 7  C. Judith Johnson, State Bar No. 104557
    George F. Camerlengo, State Bar No. 50232
 8  Jennifer M. Sike, State Bar No. 225070
    CAMERLENGO & JOHNSON
 9  500 Airport Blvd., Suite 350
    Burlingame, CA 94010
10  Tel:   (650) 579-2911
    Fax:   (650) 579-7975
11  Email: candjlaw@ix.netcom.com
    Attorneys for Defendant
12  LUCKY CHANCES, INC.

13  Mark C. Thomas, State Bar No. 215580
14  BROWNSTEIN THOMAS, LLP
    220 Montgomery St., Suite 876
15  San Francisco, CA 94104
    Tel:   (415) 951-4878
16  Fax:   (415) 951-4885
    Email: mark@brownsteinthomas.com
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILFREDO BALCE, an individual | ) | Case No. C 07 1090 (JSW) |
| Plaintiff, | ) ) | **MISCELLANEOUS ADMINISTRATIVE REQUEST** |
| vs. | ) ) | |
| LUCKY CHANCES, INC., a California Corporation | ) ) ) | Complaint Filed: February 22, 2007 |
| Defendant. | ) ) ) ) | Trial Date: August 25, 2008 |

-1-

| MISCELLANEOUS ADMINISTRATIVE REQUEST | CASE NO.: C 07 1090 (JSW) |
|---|---|

1  Defendant Lucky Chances, Inc. ("LCI") request that Charles J. Smith, co-counsel for LCI, be excused from attending the pretrial conference set for Monday, July 21, 2008 at 2:00 P.M. in this matter. Mr. Smith has been in trial in Santa Clara Superior Court since June 10, 2008 in a criminal matter, People v Moses Joseph, Criminal case No. CC592810, in Department 25, the Honorable Linda Convron. Mr. Smith will be in trial on Monday, July 21, 2008 and anticipates he will be in the midst of cross-examination of an important witness in the Joseph trial.

Ms. Johnson, as co-counsel for LCI will be fully prepared to address all matters at the pretrial in the Balce case.

Mark Thomas, counsel for plaintiff Will Balce, has indicated he has no objection to this request.

Dated: July 18, 2008                HARTNETT, SMITH & ASSOCIATES


By _____/S/_____
Charles J. Smith
Attorneys for Defendant LUCKY CHANCES, INC.


Dated: July 18, 2008                CAMERLENGO & JOHNSON


By _____/S/_____
C. Judith Johnson
Attorneys for Defendant LUCKY CHANCES, INC.

Good Cause appearing, it is hereby ordered that Charles J. Smith be excused from attending the pretrial conference in this matter set for July 21, 2008 at 2:00 P.M.

Dated: __July 21__, 2008

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
Judge of the United States District Court for the
Northern District of California

-2-

MISCELLANEOUS ADMINISTRATIVE REQUEST                CASE NO.: C 07 1090 (JSW)