IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILFREDO BALCE,

    Plaintiff,

v.

LUCKY CHANCES, INC,

    Defendant.

                                         /

No. C 07-01090 JSW

**ORDER RE OBJECTIONS TO EXHIBITS**

Now before the Court are the objections Plaintiff submitted regarding Exhibits Nos. 15 and 24. The Court HEREBY ORDERS that Plaintiff's objections will be overruled if Defendant produces these exhibits to Plaintiff by August 18, 2008. If Defendant fails to produce these exhibits to Plaintiff by August 18, 2008, the Court will sustain Plaintiff's objections.

**IT IS SO ORDERED.**

Dated: August 8, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California