Charles J. Smith, State Bar No. 72700
HARTNETT, SMITH & ASSOCIATES
777 Marshall Street
Redwood City, CA 94063
Tel:   (650) 568-2825
Fax:   (650) 568-2823
Email: cjsmith@hslawoffice.com
Attorneys for Defendant
LUCKY CHANCES, INC.

C. Judith Johnson, State Bar No. 104557
George F. Camerlengo, State Bar No. 50232
CAMERLENGO & JOHNSON
500 Airport Blvd., Suite 350
Burlingame, CA 94010
Tel:   (650) 579-2911
Fax:   (650) 579-7975
Email: candjlaw@ix.netcom.com
Attorneys for Defendant
LUCKY CHANCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALCE, an individual | Case No. C 07 1090 (JSW) |
| Plaintiff, | **DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST AND ORDER RE ELECTRONIC EQUIPMENT AT TRIAL** |
| vs. | |
| LUCKY CHANCES, INC., a California Corporation | Complaint Filed:   February 22, 2007 |
| Defendant. | Trial Date:   August 25, 2008 |

Defendant Lucky Chances, Inc. requests an order of the court permitting defendant's counsel and representative to bring the following equipment into the courtroom beginning August 21, 2008 and extending until completion of trial in this matter:

1. "Elmo" Projector;

2. 2 laptop computers;

-1-

MISCELLANEOUS ADMINISTRATIVE REQUEST RE ELECTRONIC EQUIPMENT    CASE NO.: C 07 1090 (JSW)

3.     Monitor;

4.     Surge protector;

5.     Laser pointer; and

6.     Miscellaneous computer and extension cords.

Defendant Lucky Chances, Inc. ("LCI") requests

Dated: August 8, 2008           CAMERLENGO & JOHNSON

By     /S/
C. Judith Johnson
Attorneys for Defendant LUCKY CHANCES, INC.

Good Cause appearing, IT IS HEREBY ORDERED that Defendant may bring the above-listed electronic equipment to this court beginning August 21, 2008 until completion of the trial in this matter.

Dated: August 11, 2008

_____
The Honorable Jeffrey S. White
Judge of the United States District Court for the
Northern District of California

-2-

MISCELLANEOUS ADMINISTRATIVE REQUEST RE ELECTRONIC EQUIPMENT      CASE NO.: C 07 1090 (JSW)