UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wilfredo Balce,

        Plaintiff(s),

v.

Lucky Chances, et al.,

        Defendant(s).
_____/

Case No. C-7-1090 JSW

**JURY REFRESHMENT ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Tuesday, August 26, 2008**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in **Courtroom 2, 17th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102.

     IT IS SO ORDERED.

Dated:  August 20, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE