IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BALCE,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCKY CHANCES, INC,<br><br>    Defendant.<br>_____/ | No. C 07-01090 JSW<br><br>**COURT'S PROPOSED SPECIAL VERDICT FORM** |

**Fair Labor Standards Act Claim**

Do you find by a preponderance of the evidence:

    1.    That defendant Lucky Chances proved Mr. Balce's primary duty was the management of the enterprise in which he is employed or of a customarily recognized department or subdivision thereof?

Answer Yes or No _____


    2.    That Lucky Chances proved Mr. Balce customarily and regularly directed the work of two or more other employees?

Answer Yes or No _____


    3.    That Lucky Chances proved Mr. Balce had the authority to hire or fire other employees or Mr. Balce's suggestions and recommendations as to the hiring or firing and as to

the advancement and promotion or any other change of status of other employees were given particular weight?

Answer Yes or No _____

(*If you answered Yes to Questions 1, 2, and 3, then proceed to Question 6.*)

    4.    That Lucky Chances, Inc. failed to pay Mr. Balce the overtime pay required by the Fair Labor Standards Act?

Answer Yes or No _____

(*If you answered No to Question 4, then proceed to Question 6.*)

    5.    That Mr. Balce should be awarded $_____ for earned but unpaid overtime under the Fair Labor Standards Act.

(*After answering Question 5, proceed to Question 6.*)

**Overtime under California Law**

Do you find by a preponderance of the evidence:

6.   That Mr. Balce was employed by Lucky Chances?

Answer Yes or No _____

(*If you answered No to Question 6, sign and date the form where indicated on the last page without responding to any further questions and return the form to the clerk or court security officer.*)

7.   That Lucky Chances proved Mr. Balce's duties and responsibilities involved the management of the enterprise in which he is employed or of a customarily recognized department or subdivision thereof?

Answer Yes or No _____

8.   That Lucky Chances proved Mr. Balce customarily and regularly directed the work of two or more other employees therein?

Answer Yes or No _____

9.   That Lucky Chances proved Mr. Balce had the authority to hire or fire other employees or Mr. Balce's suggestions and recommendations as to the hiring or firing and as to the advancement and promotion or any other change of status of other employees were given particular weight?

Answer Yes or No _____

10.   That Lucky Chances proved Mr. Balce customarily and regularly exercised discretion and independent judgment?

Answer Yes or No _____

3

11. That Lucky Chances proved Mr. Balce spent over fifty percent (50%) of his time performing management job duties?

Answer Yes or No _____

(*If you answered Yes to Questions 7, 8, 9, 10, and 11, sign and date the form where indicated on the last page without responding to any further questions and return the form to the clerk or court security officer.*)

12. That Lucky Chances, Inc. failed to pay Mr. Balce the overtime pay required by California law?

Answer Yes or No _____

(*If you answered No to Question 12, then proceed to Question 14.*)

13. That Mr. Balce should be awarded $_____ as earned but unpaid overtime under California law.

(*After answering Question 13, proceed to Question 14.*)

4

**Itemized Wage Statements under California Law**

Do you find by a preponderance of the evidence:

14.     That the itemized wage statements Lucky Chances provided to Mr. Balce accurately set forth all the hours he worked and all the wages he earned, including wages for overtime?

Answer Yes or No _____

(*If you answered Yes to Question 14, then proceed to Question 16.*)

15.     That Mr. Balce should be awarded $_____ as damages for the failure to provide accurate itemized wage statements.

(*After answering Question 15, proceed to Question 16.*)

**Meal Periods under California Law**

Do you find by a preponderance of the evidence:

16. That Mr. Balce was provided the opportunity to take a 30 minute, uninterrupted meal period every day he worked in excess of six hours?

Answer Yes or No _____

(*If you answered Yes to Question 16, then proceed to Question 20.*)

17. That Mr. Balce was denied the opportunity to take how many meal breaks? _____

18. That Mr. Balce's regular rate was? _____

19. That Mr. Balce should be awarded $_____ for meal breaks for which he was not provided an opportunity to take.

(*After answering Question 19, proceed to Question 20.*)

**Rest Periods under California Law**

Do you find by a preponderance of the evidence:

20.   That Mr. Balce was provided the opportunity to take a 10 minute rest break for every 4 hours he worked?

Answer Yes or No _____

(*If you answered Yes to Question 20, then proceed to Question 24.*)

21.   That Mr. Balce was denied the opportunity to take how many rest breaks? _____

22.   That Mr. Balce's regular rate was? _____

23.   That Mr. Balce should be awarded $_____ for rest breaks for which he was not provided an opportunity to take.

(*After answering Question 23, proceed to Question 24.*)

**Waiting Time Penalties under California Law**

Do you find by a preponderance of the evidence:

24. That Mr. Balce received all wages owed to him at the time of his termination?
Answer Yes or No _____

(*If you answered Yes to Question 24, then sign and date the form where indicated below without responding to any further questions and return the form to the clerk or court security officer.*)

25. That Lucky Chances' failure to regard Mr. Balce as a non-exempt employee was a willful failure to pay him his earned wages?
Answer Yes or No _____

(*If you answered No to Question 25, then sign and date the form where indicated below without responding to any further questions and return the form to the clerk or court security officer.*)

26. That Mr. Balce's daily wage was? _____

27. That Mr. Balce should be awarded $_____ in waiting time penalties.

Please return this form to the clerk or court security officer.

Dated: _____, 2008      _____
                                 FOREPERSON

*Jeffrey S. White*

8

Dated: August 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE